UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT HAMMERSLEY,

    Plaintiff,

v.                                     Case No. 11-C-631

GHAYYUR ABBAS QUERESHI

    Defendants.

**ORDER**

Plaintiff Hammersley lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated by the Defendant, a physician. This Court dismissed the complaint under 28 U.S.C. § 1915A. Plaintiff seeks reconsideration on the basis that he should be allowed to amend his complaint so that it states a claim.

Plaintiff pled all the relevant facts necessary to the understanding of his complaint. In fact, he included medical and other records with his filing. There is nothing that he could add to the complaint to make his claim add up to deliberate indifference. Accordingly, the motion for reconsideration is **DENIED**.

**SO ORDERED** this   2nd   day of August, 2011.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Judge